UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

ROBERT C. GINDEL, SR., individually
and STACY LARSEN, individually

      Plaintiffs,

v.

FMA ALLIANCE, LTD
a foreign Limited Partnership

      Defendant.

_____/

## COMPLAINT
## <u>JURY DEMAND</u>

    1.  Plaintiff s allege violation of the Fair Debt Collection Practices Act, 15

U.S.C. §1692 *et seq*. ("FDCPA") and The Florida Consumer Collection Practices

Act, Fla. Stat. §559.55 *et seq.* ("FCCPA").  Simply put, in an effort to collect a

consumer debt from Plaintiff, Stacy Larsen, Defendant contacted Plaintiff, Stacy

Larsen's Father.  In response to this behavior, Plaintiff s file the instant action

seeking statutory damages, actual damages, and recovery of their costs and

attorney's fees.

Robert C. Gindel, Jr., P.A., 1500 Gateway Boulevard, Suite 220, Boynton Beach, Florida 33426
Telephone (561) 649-2344  :  (561) 965-8550

2.  Plaintiffs also allege violations of Telephone Consumer Protection Act, 47 U.S.C § 227 *et seq.* ("TCPA").  In violation of the TCPA, Defendant called Plaintiff, Robert C. Gindel, Sr.'s cellular telephone on multiple occasions using an automatic telephone dialing system even though Plaintiff, Robert C. Gindel, Sr.'s had never given his express consent to receive such calls.

## **JURISDICTION**

2.      Jurisdiction of this Court arises under 28 U.S.C. §§1331, 1337; 15 U.S.C. § 1692 et seq. ("FDCPA") and pursuant to 47 U.S.C. §227 ("TCPA")

3.      This action arises out of Defendant's violations of the FDCPA, and out of the invasions of Plaintiffs' personal and financial privacy by this Defendant and its agents in its illegal effort to collect a consumer debt from Plaintiff.

4.      Venue is proper in this District under 28 U.S.C. 1391(b)(2) because a substantial part of the events giving rise to the claims asserted herein occurred in this acts and transactions occurred here, Plaintiff resides here, and Defendant transacts business here.

## **PARTIES**

5.      Plaintiff, ROBERT C. GINDEL, SR.,  is a natural person who resides in the City of Boca Raton, County of Palm Beach, State of Florida, and is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3).

6.      Plaintiff, STACY LARSEN,  is a natural person who resides in the City of Plantation, County of Broward, State of Florida, and is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3).

7.       Defendant, FMA ALLIANCE, LTD., (hereinafter "FMA") is a collection agency operating from an address of 12339 Cutten Road, Houston, Texas 77066, and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).   Defendant is also liable for the actions described herein pursuant to 47 U.S.C. 217.

8.      Defendant, FMA is vicariously liable for the actions of its employees, including but not limited to its employee debt collectors. *Fox v. Citicorp Credit Services, Inc.*, 15 F.3d 1507 (9th Cir. 1994).

9.      Defendant FMA regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

10.      Defendant FMA regularly collects or attempts to collect debts for other parties.

11.      Defendant FMA is a "debt collector" as defined in the FDCPA.

12.      Defendant FMA was acting as a debt collector with respect to the collection of Plaintiff, Stacy Larsen's alleged debt.

Robert C. Gindel, Jr., P.A., 1500 Gateway Boulevard, Suite 220, Boynton Beach, Florida 33426
Telephone (561) 649-2344  :  (561) 965-8550

13.     With respect to the "Congressional findings and declaration of

purpose" portion of the FDCPA, The United States Congress has declared at 15

U.S.C. § 1692:

> (a) Abusive practices
> There is abundant evidence of the use of abusive, deceptive, and unfair debt
> collection practices by many debt collectors. Abusive debt collection
> practices contribute to the number of personal bankruptcies, to marital
> instability, to the loss of jobs, and to invasions of individual privacy.
>
> (b) Inadequacy of laws
> Existing laws and procedures for redressing these injuries are inadequate to
> protect consumers.

14.     According to findings by the Federal Communication Commission

("FCC"), the agency Congress vested with authority to issue regulations

implementing the TCPA, such calls are prohibited because, as Congress found,

automated or prerecorded telephone calls are a greater nuisance and invasion of

privacy than live solicitation calls, and such calls can be costly and inconvenient.

The FCC also recognized that wireless customers are charged for incoming calls

whether they pay in advance or after the minutes are used. *See Rules and*

*Regulations Implementing the Telephone Consumer Protection Act of 1991*, CG

Docket No. 02-278, Report and Order, 18 FCC Rcd 14014 (2003).

Robert C. Gindel, Jr., P.A., 1500 Gateway Boulevard, Suite 220, Boynton Beach, Florida 33426
Telephone (561) 649-2344  :  (561) 965-8550

15. Under the TCPA and pursuant to the FCC's January 2008 Declaratory Ruling, the burden is on Defendant to demonstrate that Plaintiffs provided express consent within the meaning of the statute. *See FCC Declaratory Ruling*, 23 F.C.C.R. at 565 (¶ 10).

## FACTUAL ALLEGATIONS

16.     Plaintiff, STACY LARSEN  incurred a financial obligation that was primarily for personal, family or household purposes and is therefore a "debt" as that term is defined by 15 U.S.C. § 1692a(5).

17.     Sometime thereafter, the debt was consigned, placed or otherwise transferred to Defendant for collection from this Plaintiff.

18.     Defendant sought to collect from Plaintiff, STACY LARSEN an alleged debt arising from transactions incurred for personal, family or household purposes.

### *July 5, 2011, 9:45am Collection Call*

19.     On or about July 5, 2011, 9:45 am, Defendant FMA's collector, Alicia Watson contacted Plaintiff, ROBERT C. GINDEL, SR., by cellular telephone in an effort to collect this debt, which were "communications" in an attempt to collect a debt as that term is defined by 15 U.S.C. § 1692a(2).

Robert C. Gindel, Jr., P.A., 1500 Gateway Boulevard, Suite 220, Boynton Beach, Florida 33426
Telephone (561) 649-2344  :  (561) 965-8550

20.     On or about July 5, 2011, Defendant FMA's collector, Alicia Watson contacted Plaintiff, ROBERT C. GINDEL, SR., and requested to speak to Plaintiff, STACY LARSEN.    When Plaintiff, ROBERT C. GINDEL, SR., responded informing, Ms. Watson that he was Plaintiff, STACY LARSEN'S Father and that she was not at the residence, the collector, Ms. Watson requested that Plaintiff, ROBERT C. GINDEL, SR., give Plaintiff, STACY LARSEN a message to call her back at (877) 839-9070.

### *July 6, 2011, 10:51am Collection Call*

21.     On or about July 6, 2011, 10:51am,  Defendant FMA's collector, Ms. Jackson, contacted Plaintiff, ROBERT C. GINDEL, SR., by cellular telephone in an effort to collect the alleged debt of Plaintiff, STACY LARSEN, which were "communications" in an attempt to collect a debt as that term is defined by 15 U.S.C. § 1692a(2).

22.     On or about July 6, 2011, Defendant FMA's collector, Ms. Jackson contacted Plaintiff, ROBERT C. GINDEL, SR., and requested to speak to Plaintiff, STACY LARSEN.    When Plaintiff, ROBERT C. GINDEL, SR., responded informing Ms. Jackson that he was Plaintiff, STACY LARSEN'S Father and that she was calling his cellular telephone.  The Plaintiff, ROBERT C. GINDEL, SR.,

Robert C. Gindel, Jr., P.A., 1500 Gateway Boulevard, Suite 220, Boynton Beach, Florida 33426
Telephone (561) 649-2344  :  (561) 965-8550

ask her not to call him back since it was his cellular telephone phone which was costing Plaintiff, ROBERT C. GINDEL, SR, money.

23.    Once again, the collector requested that Plaintiff, ROBERT C. GINDEL, SR., give Plaintiff, STACY LARSEN a message to call her back and further inquired when Plaintiff, ROBERT C. GINDEL, SR., would see Plaintiff, STACY LARSEN next.  When, Plaintiff, ROBERT C. GINDEL, SR., responded the he may see Plaintiff, STACY LARSEN the following day, Ms. Jackson informed Plaintiff, ROBERT C. GINDEL, SR., that she was going to call back on July 7, 2011.  In response, Plaintiff, ROBERT C. GINDEL, SR., advised the collector never to contact him again on his cellular telephone because it was costing him money and then he terminated the call.

### *July 6, 2011, 2:11 pm Collection Call*

24.    On or about July 6, 2011, 2:11pm,  Defendant FMA's collector, Alica Watson contacted Plaintiff, ROBERT C. GINDEL, SR., by cellular telephone in an effort to collect the alleged debt of Plaintiff, STACY LARSEN, which were "communications" in an attempt to collect a debt as that term is defined by 15 U.S.C. § 1692a(2).

25.    On or about July 6, 2011, Defendant FMA's collector, Alicia Watson

Robert C. Gindel, Jr., P.A., 1500 Gateway Boulevard, Suite 220, Boynton Beach, Florida 33426
Telephone (561) 649-2344  :  (561) 965-8550

contacted Plaintiff, ROBERT C. GINDEL, SR., and requested to speak to Plaintiff, STACY LARSEN.   When Plaintiff, ROBERT C. GINDEL, SR., responded informing Ms. Watson that he was Plaintiff, STACY LARSEN'S Father and that she was calling his cellular telephone and also that she was interrupting him at his work.   Plaintiff, ROBERT C. GINDEL, SR., also stated to Ms. Watson that understand why she was calling when he had spoken to Ms. Jackson earlier. Plaintiff, ROBERT C. GINDEL, SR., again asked Ms. Waston not to call him back since it was his cellular telephone phone which was costing Plaintiff, ROBERT C. GINDEL, SR, money.

26.    Once again, Ms. Watson requested that Plaintiff, ROBERT C. GINDEL, SR., give Plaintiff, STACY LARSEN a message to call her back and further inquired when Plaintiff, ROBERT C. GINDEL, SR., would see Plaintiff, STACY LARSEN next.   Plaintiff, ROBERT C. GINDEL, SR., responded the he was unsure when he was going to see Plaintiff, STACY LARSEN.   In response, Ms. Watson advised Plaintiff, ROBERT C. GINDEL, SR., that she would call him back later.

### *July 6, 2011, 2:15 pm Collection Call*

27.    On or about July 6, 2011, 2:15pm,  Defendant FMA's collector, Alicia Watson contacted Plaintiff, ROBERT C. GINDEL, SR., by telephone at his place

of employment in an effort to collect the alleged debt of Plaintiff, STACY

LARSEN, which were "communications" in an attempt to collect a debt as that

term is defined by 15 U.S.C. § 1692a(2).

28.     On or about July 6, 2011, Defendant FMA's collector, Alicia Watson

contacted Plaintiff, ROBERT C. GINDEL, SR., and requested to speak to Plaintiff,

STACY LARSEN.  Plaintiff, ROBERT C. GINDEL, SR., responded that he just

spoke to Ms. Watson a few minutes ago and that now she was calling and

interrupting him at work.  Ms. Watson responded that she would call him later.

Plaintiff, ROBERT C.GINDEL, SR., advised Ms. Watson never to call him again.

## SUMMARY

29.     All of the above-described collection communications made to

Plaintiff by Defendant FMA, and collection employees employed by Defendant

FMA, were made in violation of numerous and multiple provisions of the FDCPA,

including but not limited to 15 U.S.C. § 1692(b)c, and 1692d(6).

29.     Additionally, all of the above-described collection communications

made to Plaintiff by Defendant FMA, and collection employees employed by

Defendant FMA, were made in violation of numerous and multiple provisions of

the TCPA 47 U.S.C. §222(b)(1)(A)(iii).

Robert C. Gindel, Jr., P.A., 1500 Gateway Boulevard, Suite 220, Boynton Beach, Florida 33426
Telephone (561) 649-2344  :  (561) 965-8550

30.     The above-detailed conduct by this Defendant of harassing Plaintiff in an effort to collect this debt were violations of the TCPA and numerous and multiple provisions of the FDCPA, including but not limited to all of the above mentioned provisions of the FDCPA.

## **TRIAL BY JURY**

31.     Plaintiff is entitled to and hereby respectfully demands a trial by jury on all issues so triable.  US Const. amend. 7.  Fed.R.Civ.P. 38.

## **CAUSES OF ACTION**

### **COUNT 1**
### **VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT**
### **15 U.S.C. § 1692 et seq.**

32.     Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

33.     The foregoing acts and omissions of the Defendant and its agents constitute numerous and multiple violations of the FDCPA including, but not limited to, each and every one of the above-cited provisions of the FDCPA, 15 U.S.C. § 1692 et seq.

34.     As a result of the Defendant's violations of the FDCPA, Plaintiff is entitled to statutory damages in an amount up to $1,000.00 pursuant to 15 U.S.C. §

Robert C. Gindel, Jr., P.A., 1500 Gateway Boulevard, Suite 220, Boynton Beach, Florida 33426
Telephone (561) 649-2344  :  (561) 965-8550

1692k(a)(2)(A); and, reasonable attorneys' fees and costs pursuant to 15 U.S.C. §

1692k(a)(3), from the Defendant herein.

## COUNT II
## PLAINTIFFS CLAIM FOR THIRD PARTY COMMUNICATION
## IN VIOLATION OF THE FDCPA

45.   Plaintiff  incorporates Paragraphs 1 through 31.

46.   Defendant communicated with a third party, Plaintiff, ROBERT C.

GINDEL, SR., regarding Plaintiff, STACY LARSEN alleged debt to a third party

on multiple occasions and thus violated 15 USC §1692c(b) and thus violated 15

U.S.C. § 1692c(b) and caused said Plaintiff, STACY LARSEN both

embarrassment and unnecessary emotional distress and also Plaintiff, ROBERT C.

GINDEL, SR., unnecessary emotional distress.

**WHEREFORE**, Plaintiff , STACY LARSEN and Plaintiff, ROBERT C.

GINDEL, SR., requests that the Court enter judgment in favor of Plaintiffs, and

against Defendant for:

(a) Damages, both statutory and actual;

(b) Attorney's fees, litigation expenses and costs of the instant suit;

and

(c) Such other or further relief as the Court deems proper.

## COUNT III

Robert C. Gindel, Jr., P.A., 1500 Gateway Boulevard, Suite 220, Boynton Beach, Florida 33426
Telephone (561) 649-2344  :  (561) 965-8550

## PLAINTIFF STACY LARSEN'S CLAIM FOR THIRD PARTY <u>DISCLOSURE OF DEBT IN VIOLATION OF THE FDCPA</u>

45.   Plaintiff STACY LARSEN incorporates Paragraphs 1 through 31.

46.   Defendant disclosed Plaintiff, STACY LARSEN'S alleged debt to her father, ROBERT C. GINDEL, and thus violated 15 U.S.C. § 1692c(b) and caused said Plaintiff, STACY LARSEN both embarrassment and unnecessary emotional distress.

**WHEREFORE**, Plaintiff , STACY LARSEN requests that the Court enter judgment in favor of Plaintiff, STACY LARSEN and against Defendant for:

(a) Damages, both statutory and actual;

(b) Attorney's fees, litigation expenses and costs of the instant suit; and

(c) Such other or further relief as the Court deems proper.

## COUNT III
## VIOLATIONS OF PLAINTIFF, STACY LARSEN RIGHTS UNDER <u>THE FLORIDA CONSUMER COLLECTION PRACTICES ACT</u>

47.   Plaintiff, STACY LARSEN incorporates Paragraphs 1 through 31.

48.    Pursuant to 28 U.S.C §§ 2201, 2202, and Fla. Stat. § 559.77(2), Plaintiff, STACY LARSEN seeks a declaration that Defendants' practices are in violation of the FCCPA, including but not limited to Fla. Stat. §§ 559.72(7).

Robert C. Gindel, Jr., P.A., 1500 Gateway Boulevard, Suite 220, Boynton Beach, Florida 33426
Telephone (561) 649-2344  :  (561) 965-8550

49.     The FCCPA provides for equitable relief including injunctive relief. *Berg v. Merchs. Ass'n Collection Div.*, 586 F. Supp. 2d 1336, 1345, (S.D. Fla. 2008).

50.     The FCCPA provides for actual damages as well as $1,000.00 dollars in statutory damages. *See* Fla. Stat. § 559.77(2).

51.     The FCCPA permits for the recovery of damages for emotional distress and is not subject to the impact rule. *Florida Department of Corrections v. Abril,* 969 So. 2d 201 (Fla. 2007).

52.     Plaintiff, STACY LARSEN, seeks a permanent injunction prohibiting Defendants and any other party from either contacting or otherwise collecting the alleged debt from Plaintiff, STACY LARSEN.

**WHEREFORE,** Plaintiff, STACY LARSEN requests that the Court enter judgment in favor of Plaintiff, STACY LARSEN and against Defendant for:

(a) $1,000.00 dollars for violations of the FCCPA, including but not limited to Fla. Stat. § 559.72(7);

(b) Actual damages for Plaintiff's emotional distress;

(c) Declaring that Plaintiff does not owe any monies with respect to the alleged debt sought by Defendant;

Robert C. Gindel, Jr., P.A., 1500 Gateway Boulevard, Suite 220, Boynton Beach, Florida 33426
Telephone (561) 649-2344  :  (561) 965-8550

(d) Declaring that Defendant's practices are in violation of the FCCPA, including but not limited to Fla. Stat. § 559.72(7);

(e) Permanently enjoining Defendant and any other parties from either contacting or otherwise collecting upon the alleged debt from Plaintiff;

(f) Attorney's fees, litigation expenses and costs of suit;

and

(g) Such other or further relief as the Court deems proper.

## COUNT IV
## PLAINTIFF ROBERT C. GINDEL, SR., CLAIM FOR VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT

53.    Plaintiff ROBERT C. GINDEL, SR. incorporates Paragraphs 1 through 31.

54.     Defendant made calls to Plaintiff ROBERT C. GINDEL, SR.'S cellular telephone using an automatic telephone dialing system.

55.    The calls were made without the prior express consent of the Plaintiff ROBERT C. GINDEL, SR.

56..    The aforesaid calls were made in violation of the TCPA, 47 U.S.C. § 222(b)(1)(A)(iii).

Robert C. Gindel, Jr., P.A., 1500 Gateway Boulevard, Suite 220, Boynton Beach, Florida 33426
Telephone (561) 649-2344  :  (561) 965-8550

**WHEREFORE**, Plaintiff ROBERT C. GINDEL, SR. requests that the

Court enter judgment in favor of Plaintiff and against Defendant FMA for:

(a) Statutory damages at $500 dollars per call;

(b) Willful damages at $1500 dollars per call;

(c) An injunction requiring Defendant to cease all communications to

Plaintiff in violation of the TCPA;

(d) Reasonable attorney's fees and costs; and

(e) Such further relief as this Court may deem appropriate.


## JURY DEMAND

Plaintiff demands trial by jury.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff prays that judgment be entered against the
Defendant.

Dated:  July 3, 2012                    Respectfully submitted,


/s Robert C. Gindel, Jr. _____
Robert C. Gindel, Jr.
Email: robertgindel@robertgindel.com
Florida Bar No.: 470740
Robert C. Gindel, Jr., P.A.
1500 Gateway Boulevard, Suite 220
Boynton Beach, FL 33426
Telephone: (561) 649-2344

15

Facsimile: (561) 965-8550
Attorneys for Plaintiff

𝕽𝖔𝖇𝖊𝖗𝖙 𝕮. 𝕲𝖎𝖓𝖉𝖊𝖑, 𝕵𝖗., 𝖕.𝕬., 1500 Gateway Boulevard, Suite 220, Boynton Beach, Florida 33426
Telephone (561) 649-2344 : (561) 965-8550