UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:12-CV-80708-MARRA/MATTHEWMAN

ROBERT C. GINDEL, SR., individually
and STACY LARSEN, individually

    Plaintiffs,

v.

FMA ALLIANCE, LTD
a foreign Limited Partnership

    Defendant.
_____/

### FINAL ORDER OF DISMISSAL

**THIS MATTER** is before the Court upon the Notice of Voluntary Dismissal with Prejudice (DE5) filed herein by Plaintiffs, ROBERT C. GINDEL, SR., and STACY LARSEN. The Court has carefully reviewed said Notice and the entire court file and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Notice of Voluntary Dismissal with Prejudice (DE**5**) filed herein by Plaintiffs, ROBERT C. GINDEL, SR., and STACY LARSEN be and the same is hereby approved, adopted and ratified by the Court;

2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice; and

3. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this the _____ day of September, 2012.

                        _____
                         Kenneth A. Marra
                         United States District Judge

Copy furnished:
Robert C. Gindel, Jr, Esquire